UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OWNER/AGENT @DUDEOFNEWYORK,<br><br>Plaintiff,<br><br>-against-<br><br>THE HONORABLE KATHY HOCHUL,<br>GOVERNOR OF NEW YORK STATE,<br><br>Defendant. | 24 CIVIL 5930 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 10, 2025
        New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                           Chief United States District Judge